Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-479-655

**Effective Date of Registration:**
September 26, 2025
**Registration Decision Date:**
January 30, 2026

## Supplementary Registration

**Supplement To:**   VA0002411599, 2024

## Title

**Title of Work:**   Fishing with Octopus

## Completion/Publication

**Year of Completion:**   2009
**Date of 1st Publication:**   October 15, 2009
**Nation of 1st Publication:**   Poland

## Author

- **Author:**   Pawel Piekarski
  **Pseudonym:**   Robotata
  **Author Created:**   2-D artwork
  **Citizen of:**   Poland
  **Pseudonymous:**   Yes

## Copyright Claimant

**Copyright Claimant:**   Pawel Piekarski
865 Lafayette Avenue, apt. 1, Brooklyn, NY, 11221, United States

## Rights and Permissions

**Name:**   Pawel Piekarski
**Email:**   hirobotata@gmail.com
**Address:**   865 Lafayette Avenue, apt. 1
Brooklyn, NY 11221 United States

## Certification

|  |  |
|---|---|
| **Name:** | David Denholm, Authorized agent of Pawel Piekarski |
| **Date:** | September 26, 2025 |
| **Applicant's Tracking Number:** | PPSUP2025092601 |

**Explanation of Corrections:**   The publication date is incorrect. The certificate lists the publication date as 04/24/2012, but the correct date of first publication is 10/15/2009.

