**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

PAWEL PIEKARSKI,

      Plaintiff,                                   Case No.: 1:26-cv-05507

v.                                        Judge Elaine E. Bucklo

THE PARTNERSHIPS AND UNINCORPORATED     Magistrate Judge Jeannice W. Appenteng
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

      Defendants.

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Thursday, June 11, 2026, at 9:45 a.m., Plaintiff, by

Plaintiff's counsel, shall appear by remote means, before the Honorable Elaine E. Bucklo, of the

U.S. District Court for the Northern District of Illinois, and present Plaintiff's Motion to Extend

The Temporary Restraining Order.

    This notice is for tracking purposes only.

DATED: June 4, 2026                     Respectfully submitted,

                                    _/s/ Keith A. Vogt_
                                    Keith A. Vogt
                                    FL Bar No. 1036084/IL Bar No. 6207971
                                    Keith A. Vogt PLLC
                                    1820 NE 163rd Street, Suite #306
                                    North Miami Beach, Florida 33162
                                    Telephone: 312-971-6752
                                    E-mail: keith@vogtip.com

                                    ***ATTORNEY FOR PLAINTIFF***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on June 4, 2026 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

/s/ Keith A. Vogt
Keith A. Vogt

2