

**UNITED STATES DISTRICT COURT**
**Northern District of Illinois**
**219 South Dearborn Street**
**Chicago, Illinois 60604**

**Thomas G. Bruton**                                                                     **312-435-5670**
**Clerk**

Date:                                                        Case Number:

Case Title:                                                  Judge:

### DOCUMENT NOT IMAGED DUE TO REASON(S) CHECKED BELOW

❑       Sealed or restricted document. (A court order is required to view a sealed or restricted document.)

❑       Too voluminous.

❑       Photographs

❑       Civil bond (A court order is required to view a financial document.)

❑       Criminal bond (A court order is required to view a financial document.)

❑       Miscellaneous (MC) case

❑       Other:

To view the document, you must first obtain the case file at the Clerk's Office. The Clerk's Office is open from 8:30 a.m. to 4:30p.m. Monday through Friday except for legal holidays. To obtain a copy call the Clerk's Office Copy Desk at  312-435-5699.

Thomas G. Bruton, Clerk

By: /s/
       Deputy Clerk

Rev. 11/29/2016