**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

PAWEL PIEKARSKI,

    Plaintiff,                                  Case No.: 1:26-cv-05507

v.                                          Judge Elaine E. Bucklo

THE PARTNERSHIPS AND UNINCORPORATED    Magistrate Judge Jeannice W. Appenteng
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

**DECLARATION OF KEITH A. VOGT**

    I, Keith A. Vogt, declare as follows:

1.    I am an attorney at law, duly admitted to practice before the Courts of the State of Illinois and the United States District Court for the Northern District of Illinois. I am one of the attorneys for Plaintiff. Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

2.    Since and pursuant to entry of the TRO, Plaintiff has contacted Amazon, Temu, and Walmart to restrain accounts associated with the Defendant Internet Stores.

3.    Exhibit 1 attached hereto is a true and correct copy of unpublished decisions cited in Plaintiff's Memorandum.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on June 15, 2026.

                                        */s/Keith A. Vogt*
                                        Keith A. Vogt