**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

PAWEL PIEKARSKI,

     Plaintiff,                             Case No.: 1:26-cv-05507

v.                                     Judge Elaine E. Bucklo

THE PARTNERSHIPS AND UNINCORPORATED    Magistrate Judge Jeannice W. Appenteng
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

     Defendants.

**NOTICE OF MOTION**

     **PLEASE TAKE NOTICE** that on Thursday, June 18, 2026, at 9:45 a.m., Plaintiff, by

Plaintiff's counsel, shall appear by remote means before the Honorable Elaine E. Bucklo of the

U.S. District Court for the Northern District of Illinois and present Plaintiff's Motion for Entry of

a Preliminary Injunction.

     This notice is for tracking purposes only.

DATED:  June 15, 2026                  Respectfully submitted,

                                        */s/ Keith A. Vogt*
                                        Keith A. Vogt
                                        FL Bar No. 1036084/IL Bar No. 6207971
                                        Keith A. Vogt PLLC
                                        1820 NE 163rd Street, Suite #306
                                        North Miami Beach, Florida 33162
                                        Telephone: 312-971-6752
                                        E-mail: keith@vogtip.com

                                        ***ATTORNEY FOR PLAINTIFF***

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 15, 2026, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website, and I will send an e-mail to any e-mail addresses provided for Defendants by third parties that includes a link to said website.

/s/ *Keith A. Vogt*
Keith A. Vogt