# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Pawel Piekarski

                                                    Plaintiff,

v.                                                              Case No.:
                                                                1:26−cv−05507
                                                                Honorable Elaine
                                                                E. Bucklo

The Partnerships and Unincorporated Associations
Identified on Schedule A, et al.

                                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 14, 2026:

        MINUTE entry before the Honorable Elaine E. Bucklo: The Court has reviewed the plaintiff's status report. Plaintiff will move for default judgment against remaining non−dismissed defendants at a later date when appropriate. Plaintiffs' motion for entry of preliminary injunction [26] is granted. Enter Preliminary Injunction Order. The Clerk of Court is directed to unseal the following sealed documents: Plaintiff's Exhibit 2 to the Declaration of Pawel Piekarski [15], and the TRO [19]. Status hearing is reset for 8/27/2026 at at 9:45 a.m. (to track the case only; no appearance required). The plaintiff shall file a written status report by 8/20/2027. The court will enter an order in response to the status report. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.