**IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| PAWEL PIEKARSKI,<br><br>      Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND<br>UNINCORPORATED ASSOCIATIONS<br>IDENTIFIED ON SCHEDULE "A",<br><br>      Defendants. | Case No. 1:26-cv-05507<br><br>**Judge Elaine E. Bucklo**<br><br>**Magistrate Judge Jeannice W. Appenteng** |

**PRELIMINARY INJUNCTION ORDER**

Plaintiff PAWEL PIEKARSKI ("Piekarski" or "Plaintiff") filed a Motion for Entry of a Preliminary Injunction against the against the fully interactive, e-commerce stores operating under the seller aliases identified in Schedule A to the Complaint and attached hereto (collectively, "Defendants") and using at least the online marketplace accounts identified in Schedule A (the "Defendant Internet Stores"). After reviewing the Motion and the accompanying record, this Court GRANTS Piekarski's Motion in part as follows.

This Court finds Piekarski has provided notice to Defendants in accordance with the Temporary Restraining Order entered May 28, 2026, [19] ("TRO"), and Federal Rule of Civil Procedure 65(a)(1).

This Court also finds, in the absence of adversarial presentation, that it has personal jurisdiction over Defendants because Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Piekarski has provided a basis to conclude that Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more seller aliases, offer

shipping to the United States, including Illinois, and have sold products using infringing versions of Piekarski's federally registered copyright, which is protected by U.S. Copyright Registration No. VA 2-479-655 (the "Pawel Piekarski Work") to residents of Illinois. In this case, Piekarski has presented screenshot evidence that each Defendant e-commerce store is reaching out to do business with Illinois residents by operating one or more commercial, interactive internet stores through which Illinois residents can and do purchase products using infringing versions of the Pawel Piekarski Work. *See* Docket No. [15], which includes screenshot evidence confirming that each Defendant e-commerce store does stand ready, willing and able to ship its unauthorized goods to customers in Illinois bearing infringing versions of the Pawel Piekarski Work.

This Court also finds that the injunctive relief previously granted in the TRO should remain in place through the pendency of this litigation and that issuing this Preliminary Injunction is warranted under Federal Rule of Civil Procedure 65. Evidence submitted in support of this Motion and in support of Piekarski's previously granted Motion for Entry of a TRO establishes that Piekarski has demonstrated a likelihood of success on the merits; that no remedy at law exists; and that Piekarski will suffer irreparable harm if the injunction is not granted.

Specifically, Piekarski has proved a *prima facie* case of copyright infringement because (1) the Pawel Piekarski Work is registered with the U.S. Copyright Office, (2) Defendants are not licensed or authorized to use the Pawel Piekarski Work, and (3) Defendants' use of the Pawel Piekarski Work is causing a likelihood of confusion as to the origin or sponsorship of Defendants' products with Piekarski. Furthermore, Defendants' continued and unauthorized use of the Pawel Piekarski Work irreparably harms Piekarski through diminished goodwill and brand confidence, damage to Piekarski's reputation, loss of exclusivity, and loss of future sales. Monetary damages fail to address such damage and, therefore, Piekarski has an inadequate remedy at law. Moreover,

2

the public interest is served by entry of this Preliminary Injunction to dispel the public confusion created by Defendants' actions. Accordingly, this Court orders that:

1. Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be preliminarily enjoined and restrained from:

    a. using the Pawel Piekarski Work or any reproductions, infringing copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Piekarski product or not authorized by Piekarski to be sold in connection with the Pawel Piekarski Work;

    b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Piekarski product or any other product produced by Piekarski, that is not Piekarski's or not produced under the authorization, control, or supervision of Piekarski and approved by Piekarski for sale under the Pawel Piekarski Work;

    c. committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control, or supervision of Piekarski, or are sponsored by, approved by, or otherwise connected with Piekarski; and

    d. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Piekarski, nor authorized by Piekarski to be sold or offered for sale, and which bear any of Piekarski's copyrights, including the Pawel Piekarski Work, or any reproductions, infringing copies, or colorable imitations.

2. Defendants shall not transfer or dispose of any money or other of Defendants' assets in any of Defendants' financial accounts.

3. Upon Piekarski's request, Defendants and any third party with actual notice of this Order who is providing services for any of Defendants, or in connection with any of Defendants' Defendant Internet Stores, including, without limitation, any online marketplace platforms such as Amazon Payments, Inc. ("Amazon"), Temu, LLC ("Temu"), and Walmart Inc. ("Walmart") (the "Third Party Providers"), shall, within seven (7) calendar days after receipt of such notice, provide to Piekarski expedited discovery, limited to copies of documents and records in such person's or entity's possession or control sufficient to determine:

   a. the identities and locations of Defendants, their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including all known contact information and all associated e-mail addresses;

   b. the nature of Defendants' operations and all associated sales, methods of payment for services, and financial information, including, without limitation, identifying information associated with the Defendant Internet Stores and Defendants' financial accounts, including Defendants' sales and listing history related to their respective Defendant Internet Stores; and

   c. any financial accounts owned or controlled by Defendants, including their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, Amazon, Temu, and Walmart, or other

4

merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

4. Upon Piekarski's request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 3, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defendants in connection with the sale of infringing goods using the Pawel Piekarski Work.

5. Any Third Party Providers, including Amazon, Temu, and Walmart shall, within seven (7) calendar days of receipt of this Order:

   a. locate all accounts and funds connected to Defendants' seller aliases, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto, the e-mail addresses identified in Exhibit 2 to the Declaration of Pawel Piekarski, and any e-mail addresses provided for Defendants by third parties; and

   b. restrain and enjoin any such accounts or funds from transferring or disposing of any money or other of Defendants' assets until further order by this Court.

6. Piekarski may provide notice of the proceedings in this case to Defendants, including service of process pursuant to Fed. R. Civ. P. 4(f)(3), and any future motions, by electronically publishing a link to the Complaint, this Order, and other relevant documents on a website or by sending an e-mail with a link to said website to the e-mail addresses identified in Exhibit 2 to the Declaration of Pawel Piekarski and any e-mail addresses provided for Defendants by third parties. The Clerk of the Court is directed to issue a single original summons in the name of "Poster Wonderful House and all other Defendants identified in the Complaint" that shall apply to all Defendants. The

combination of providing notice via electronic publication or e-mail, along with any notice that Defendants receive from payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

7.   Plaintiff's Exhibit 2 to the Declaration of Pawel Piekarski [15], and the TRO [19] are unsealed.

8.   Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order as permitted by and in compliance with the Federal Rules of Civil Procedure and the Northern District of Illinois Local Rules. Any third party impacted by this Order may move for appropriate relief.

9.   The ten thousand dollar ($10,000) bond posted by Piekarski shall remain with the Court until a final disposition of this case or until this Preliminary Injunction is terminated.

SO ORDERED:

Elaine E. Bucklo
United States District Judge

Dated:   7/14/2026

6

**Schedule A**

| No. | Defendants |
|-----|------------|
| 1 | Poster Wonderful House |
| 2 | XiangMengXinXiZiXun |
| 3 | WanJiaYiHuoShangMao |
| 4 | QuJingRuYingFuZhuangYouXianGongSi |
| 5 | BeiJingLuFengKeJiYouXianGongSi |
| 6 | GuangZhouXiaoLeiShangMao |
| 7 | zhongxiangshixifudandianzishangwuyouxiangongsi |
| 8 | wazoon |
| 9 | lixiaolongmaiwazi |
| 10 | LoveDecor-sp |
| 11 | 宜昌市夷陵区就那贸易店(个人独资) |
| 12 | HanXiShangMaoDian |
| 13 | anqingrongzhongshangmaoshanghang(gerenduzi) |
| 14 | TJHRTJTYJTKYUK |
| 15 | xixianxinquqinhanxinchengleihuayubaihuodian |
| 16 | ZhuZhouShiShiFengQuXiangLianWenHuaYouXianGongSi |
| 17 | aoan shop |
| 18 | Yin sign |
| 19 | sdhlais |
| 20 | TIN66 |
| 21 | unmingguanpishangmao |
| 22 | ylq shop |
| 23 | GuangZhouJieQianMaoYiYouXianGongSi |
| 24 | foshanshicuipenggengshangmaoyouxiangongsi |
| 25 | Wpp vintage |
| 26 | JinLongGuangGao |
| 27 | GuangZhouFenYuanMaoYiYouXianGongSi |
| 28 | LINXIAOMAIYIFU |
| 29 | yanongsh |
| 30 | xieweixiongbeimei |
| 31 | DONGGUOBINTOUMOMO |
| 32 | MacMaven |
| 33 | chongqingzhihuichengyikejiyouxiangongsi |
| 34 | xiaoyu-us |

| | |
|---|---|
| 35 | XiangYanShangMao |
| 36 | wanyn |
| 37 | Pengqing |
| 38 | weifengzhirongyouxiangongsi |
| 39 | ShuangJunJianZhuLaoWu |
| 40 | WeiLi36 |
| 41 | zhangziliangzhonglianfuzhuang |
| 42 | Hefei Feifeipeng Electronic Commerce Co., Ltd. |
| 43 | HuDengJu547 |
| 44 | linfenpiaohaojiudaoguanjiuyeyouxiangongsi |
| 45 | LiuHaiYan45 |
| 46 | Taihe Xianfu E-commerce Studio Sole Proprietorship |
| 47 | chengduyimeiershangmaoyouxiangongsi |
| 48 | GanDaZhuangShi |
| 49 | yingwenchibi |
| 50 | KHANHVY2020 |
| 51 | chenwebbindexiaodian |
| 52 | yanbbz |
| 53 | dongguanshiyitefangzhipinyouxiangongsi |
| 54 | JIANGKOMY |
| 55 | 井开区袁朝商贸 |
| 56 | Puyang Educational Toys Wholesale |
| 57 | chongqingjingyuejiancaixiaoshoujingyingbu |
| 58 | aigjinu |
| 59 | WangHu2025 |
| 60 | zheng diandian |
| 61 | 济南华春茂服装商贸有限公司 |
| 62 | 柜贤子塑品 |
| 63 | ZZIXINS |
| 64 | Arsharenkay |
| 65 | ChenMei46 |
| 66 | 海冯边玩具 |
| 67 | HuHeHaoTeShiLuBoYaoShangMaoYouXianZeRenGongS |
| 68 | LinYiYuKunQiYeGuanLiXinXiZiXunYouXianGongSi |
| 69 | JiangChengQi12 |
| 70 | HuoYing |

8

| 71 | CYK womens wear store |
|---|---|
| 72 | Chengpeak frock |
| 73 | Tuhao Weaving Trading Co,Ltd |
| 74 | RENTIE |
| 75 | Miracle Decorate |
| 76 | Three posters |
| 77 | Lucky XIE |
| 78 | Bloone |
| 79 | Royto |
| 80 | FLOGCYVE |
| 81 | Ming Run Ao poster |
| 82 | Xubaiju poster |
| 83 | Art Code |
| 84 | Vintage decorative painting |
| 85 | dfdsfdsf |
| 86 | LZMGXBBQD |
| 87 | SCDESTHEINTDHONG |
| 88 | Divine Distinction Domain |
| 89 | EcoFriendlyEssentials |
| 90 | XEDDPW |
| 91 | Family funny poster |
| 92 | Old den canvas painting shop |
| 93 | DPDC JIN |
| 94 | HGVZQK |
| 95 | Honey Xi Poster |
| 96 | NEYDNET |
| 97 | TYG Digital oil painting factory |
| 98 | PAVINU |
| 99 | Daily Gallery |
| 100 | DecoMuse |
| 101 | TYTP Decoration |
| 102 | FLINSMEW |
| 103 | FlipFluff |
| 104 | PFIRMANB |
| 105 | Dawnedit |
| 106 | LLTWIRA |
| 107 | Artistry Haven Creations |
| 108 | QR Art painting |

| 109 | PatinaPaletteStore |
| 110 | FTPKWJIT |
| 111 | Iron painting No |
| 112 | LSN Clothes Shop |
| 113 | FusionCharmMart |
| 114 | XCDDPW |
| 115 | Hemitongb |
| 116 | MadeOrder |
| 117 | FWTIYLNI |
| 118 | Classic Couture Collection |
| 119 | Brocadecarp |
| 120 | FFMSWBVI |
| 121 | FHZYJFKW |
| 122 | Urban Tees |
| 123 | FFQGqiq |
| 124 | Dockus |
| 125 | HKJinY Decor |
| 126 | CY Sign |
| 127 | LLANDINB |
| 128 | Wanderlustladen |
| 129 | DAYUYU ART |
| 130 | WovenWhims |
| 131 | Wild West Threads |
| 132 | TSKA shop |
| 133 | IRON show |
| 134 | a bulldozer |
| 135 | ZYH Decoration |
| 136 | IASFVY |
| 137 | Ger lost qiqi |
| 138 | VerseVilla local |
| 139 | Easton poster |
| 140 | PPSITAB |
| 141 | XZXart A BT |
| 142 | Cloud blog poster |
| 143 | kjTemuone |
| 144 | There is a painting within the painting |
| 145 | Silver Storytellers |
| 146 | Vintage Whispers |

| 147 | Landondy |
| 148 | YYUSP |
| 149 | Sunlight AIR local |
| 150 | xxxprint Arts f |
| 151 | VFYIOHI |
| 152 | Lihan Decorate |
| 153 | YTBY |
| 154 | Cozy corner wall art decoration |
| 155 | Carolyn Decoration |
| 156 | zzccvv |
| 157 | PPZVEROK |
| 158 | CYAurel |
| 159 | Tiance Exploration Era |
| 160 | Artist Metal Painting Shop |