## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Pawel Piekarski

                                        Plaintiff,

v.

                                        Case No.:
1:26−cv−05507

Honorable Elaine
E. Bucklo

The Partnerships and Unincorporated Associations
Identified on Schedule A, et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 14, 2026:

       MINUTE entry before the Honorable Elaine E. Bucklo: The court notes there is a typographical error contained in document # [31]. Minute entry dated 7/14/2026 is amended to reflect the correct date, The plaintiff shall file a written status report by 8/20/20276. Order to stand in all other respects. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.