**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

PAWEL PIEKARSKI,

Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

Case No.: 1:26-cv-05507

Judge Elaine E. Bucklo

Magistrate Judge Jeannice W. Appenteng

**STATUS REPORT**

Pursuant to Minute Entry Order [31], Plaintiff, PAWEL PIEKARSKI ("Plaintiff"), files this status report solely on behalf of Plaintiff.

On August 20, 2026, Plaintiff filed a motion for entry of default and default judgment, excluding the Defendants who have been dismissed. [36]. The motion was noticed for tracking purposes on August 28, 2026. [38]. Plaintiff will send a proposed default judgment order to the Court's proposed order inbox the day before the tracking date, excluding any Defendants who may be dismissed between now and the hearing date.

DATED: August 20, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084/ IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on August 20, 2026 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt