**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Pawel Piekarski

Plaintiff,

v.

Case No.: 1:26−cv−05507
Honorable Elaine E. Bucklo

The Partnerships and Unincorporated Associations Identified on Schedule A, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 27, 2026:

MINUTE entry before the Honorable Elaine E. Bucklo: Plaintiff's motion for entry of default and default judgment against the defendants identified in first amended Schedule A [36] is granted. Enter Default Final Judgment Order. The Clerk of the Court is directed to return the security bond posted in the amount of ten thousand dollar ($10,000) to Piekarski or Plaintiff's counsel, JiangIP LLC, 33 W Jackson Blvd, #2W, Chicago, Illinois, 60604. All pending dates and motions are terminated as moot. Civil case terminated. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.